# United States District Court
CENTRAL DISTRICT OF ILLINOIS

FILED
JUL 05 2024
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Katrina S wallace,

Plaintiff

vs.

Case No. ______________
*(The case number will be assigned by the clerk)*

Sgt. most
C.O. adams
C.O. marcott
[illegible]

Defendant(s)

*(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).*

## COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☒ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: ______________________________

☐ Unknown ______________________________

---

***Please refer to the instructions when filling out this complaint.** Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

## I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Katrina S wallace

Prison Identification Number: S22507

Current address: 3050 S Justice way kankakee IL 60901

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: most

Current Job Title: Surguant?

Current Work Address 3050 S Justice way kankakee IL 60901

Defendant #2:

Full Name: adams

Current Job Title: correctional officer

Current Work Address 3050 S Justice way kankakee IL 60901

Defendant #3:

Full Name: marcott

Current Job Title: correctional officer

Current Work Address 3050 S Justice way Kankakee IL 60901

Defendant #4:

Full Name: tammy

Current Job Title: nurse JCDC

Current Work Address 3050 S Justice way Kankakee IL 60901

Defendant #5:

Full Name: ______

Current Job Title: ______

Current Work Address ______

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? Yes ☐ No ☒

If yes, please describe ______

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒ No ☐

I think throu

C. If your answer to B is yes, how many? ________ Describe the lawsuit(s) below.

1. Name of Case, Court and Docket Number
wallace v kolitwenzow, wallace v krumwulde, wallace v donault et al

2. Basic claim made confinement issues, excessive force

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) dismissed, dismissed, in process

*For additional cases, provide the above information in the same format on a separate page.*

## IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

Yes ☒ No ☐

If your answer is no, explain why not ______________________________

C. Is the grievance process completed? Yes ☒ No ☐

## V. STATEMENT OF CLAIM

Place(s) of the occurrence JCDC facility max B unit cell 4/South intake booking

Date(s) of the occurrence 6-29-24

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

*THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

Claim one: on 6-29-24 around 12 pm C.O. adams and C.O. marcott came in max B unit to serve trays and gave me one tray and gave inmate macllyn two trays and I had a disagreement with C.O. marcott and C.O. adams about that because earlier in the day inmate macllyn broke a broom so I felt like they were awarding bad behavior by giving her a extra tray... fast forward I started a one person nonviolent protest and refused to let the two C.O.'s adams and marcott shut my tray slot on my door and told them to call a sergeant... fast forward sergeant most came in I tried to talk to him but he wasnt trying to listen to me at all so next he forcefully grabbed my arms and yanked them outside the tray slot three times, he let my arms go after yanking them and kicked the tray slot so it smashed my arms in the tray slot hole, then he grabbed his taser and tased me four contact times I told him "this is excessive force!" then he dart tased me twice the first time for maybe 10 seconds and the second time maybe 4 seconds and the first dart tase I froze unable to move and fell over and banged my head on max B4 cell concrete floor and sergeant most continued to tase me after I was flopping on the ground from him tasing me then he

released the dart taser and yelled "get on your stomach" but I was still flopping on the floor from the first dart tase then he dart tased me the second time for about 4 seconds and I flopped on my stomach and he released the taser and came in my cell and handcuffed me and dragged me to the max B dayroom and sat me at the table and forcefully yanked darts out of my skin causing me to bleed heavy from my left arm, my stomach, and I had two big circle lumps on my left arm and right arm and nurse tammy medically cleared me and gave me pain medication and a ice pack for both lumps on my arms and sergeant most took me to the naked room and strapped me to the restraint chair and left me for a hour and a half... I was wheeled back to max B4 cell and released from the restraint chair and helped walk into my cell by two male C.O.s the camera footage from max B unit can prove these claims true and body cams from C.O.s adams and marcott can also prove this claim true I wasnt violent the whole incident but sergeant most was furious claim two correctional officers marcott and adams sat back and watched sergeant most use excessive force against me and didnt intervene or try to protect me from his fury and they let him yank my arms forward, kick my arms through the tray slot and tase me 6 times and whole time I wasnt violent or resisting and body cams from both adams and marcott can prove this claim true I just wanted to talk and tell a higher power that the C.O.s were showing favortism and I told him if they cant do it for all inmates they shouldnt do it for one because its not fair I asked nurses

to take pictures of my injuries for my complaint and they told me nurse tammy told me she has to ask her supervisor to take pictures of my injuries so she's not taking my pictures at all and should be charged with conspiracy to obstruct justice

but I have injuries to both arms I have lumps on both arms and bleeding through my bandage on my left arm, I have bruises on my stomach with blood and a knot on the top of my left side of my head that I have pain medicine for and ice packs the whole time I was being tased by the darts I lost control of my movements and couldnt move but flop and it was longer than 5 seconds the legal time limit and after being tased I had to catch my breath and was relieved my heart didnt explode or nothing because that was my first time being tased in my whole life its really not a good experience then sergeant most handcuffed me and dragged me out of my cell on my stomach like I was a rag doll and not a human being this whole incident lasted 5-10 minutes of sergeant most excessive force and ms. adams and ms. marcott failure to intervene or protect

~~I am the nurse tammy refused to take pictures of my injuries from sgt most excessive force so she need to be charged with conspiracy to obstruct justice~~

Claim statement

Picture of one bruise on file not the rest though

nurse michelle took pictures of one of my bruises on 6-30-24 in JCDC medical unit but she didnt take pictures of my stomach dart taser wound or my bruises on my left forearm or the bruises on my right forearm and or of the big circle lump on my right arm and all bruises are big spots on stomach and arm that are purple and blue in coloring looking real nasty and are very painfull so nurses gave me gabapentin medication for pain and bactorial ointment to keep wound clean... I have four contact taser bruises undocumented that are blue and purple and very painful to the touch

# RELIEF REQUESTED

(State what relief you want from the court.)

requesting 2,000,000 cash settlement from sergeant most for pain and suffering, cruel unusual punishment, mental anguish, excessive force, and emotional distress, actual damages, aggravated damages, punitive and compensary damages

requesting 2,000,000 cash settlement from correctional officers ms. adams, and ms. maccott for failure to intervene, failure to protect, pain and suffering, emotional distress, mental anguish, cruel unusual punishment, actual, and aggravated damages, punitive and compensary damages

JURY DEMAND Yes ☒ No ☐

Signed this 7 day of 1, 2024.

~~requesting 1,000,000 cash settlement from nurse tammy for conspiracy obstruct justice, cruel unusual punishment, mental anguish, pain and suffering, punitive and compensary damages, actual damages~~

Kwallace
(Signature of Plaintiff)

| Name of Plaintiff: Katrina S Wallace | Inmate Identification Number: S22507 |
|---|---|
| Address: 3050 S Justice Way Kankakee IL 60901 | Telephone Number: none |

Katrina s wallace 322309
3050 s Justice way kankakee IL 60901

legal mail

$2.110
US POSTAGE
FIRST-CLASS
062S0014950426
FROM 60901
5969B3.052

US district court
600 west monroe St
Springfield IL 62701